UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
STACY MERCER, on behalf of
herself and all others similarly situated,

                    Plaintiff,

             -against-                    **ORDER**
                                    20-CV-6044 (LTS) (KNF)

GREEN MOUNTAIN LODGING, INC.
d/b/a Adirondack Spruce Lodge,
a New York Corporation,

                    Defendant.
------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On August 14, 2020, the plaintiff served the defendant with the summons and complaint in this action. The defendant has not filed an answer to the complaint and the time for doing so has elapsed. Therefore, on or before September 18, 2020, the plaintiff shall advise the Court, in writing, of the status of this action.

Dated:   New York, New York
           September 14, 2020                    SO ORDERED:

                                                               _Kevin Nathaniel Fox_
                                                               KEVIN NATHANIEL FOX
                                                               UNITED STATES MAGISTRATE JUDGE