UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
STACEY MERCER,
*on behalf of herself and all others*                                    CASE NO.: 1:20-cv-06044-LTS
*similarly situated,*

                                                                         **NOTICE OF MOTION**

                    Plaintiff,

            v.

GREEN MOUNTAIN LODGING, INC.
d/b/a Adirondack Spruce Lodge,
*a New York corporation*,

                    Defendant.
-------------------------------------------------X
        Plaintiff, STACEY MERCER, by her attorneys Bashian & Papantoniou, P.C., hereby

moves this Court pursuant to Federal Rules of Civil Procedure 55(b) and Local Civil Rule 55.2 to

enter default judgment in favor of Plaintiff and against Defendant GREEN MOUNTAIN

LODGING, INC. d/b/a Adirondack Spruce Lodge, on the grounds that said Defendant failed to

answer or otherwise defend against the Complaint.

Dated:  Garden City, NY                      Respectfully Submitted,
        November 4, 2020                     **Bashian & Papantoniou, P.C.**
                                             *Attorneys for Plaintiff*
                                             500 Old Country Road, Ste. 302
                                             Garden City, NY 11530
                                             Tel:    (516) 279-1554
                                             Fax:    (516) 213-0339

                                             **By:** */s/ Erik M. Bashian*
                                             **ERIK M. BASHIAN, ESQ. (EB7326)**
                                             eb@bashpaplaw.com